520 S.E.2d 842

**Robert ELMORE, s/k/a Robert D. Elmore, Appellant,**

**v.**

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 2366–94–2.**

Court of Appeals of Virginia.

Nov. 9, 1999.

From the Circuit Court of the City of Petersburg.

The Commonwealth shall recover of the appellant the fees and costs to be assessed by the clerk of the trial court.

This order shall be published and certified to the trial court.